IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL FAIR HOUSING ALLIANCE, *
et al., *
\*
\*
\*       Civil No. CCB-18-1919
\*
v.      *
\*
\*
BANK OF AMERICA, N.A., et al.,   *
\*
\*
\*\*\*

## ORDER

For the reasons stated in the accompanying Memorandum opinion, it is hereby ORDERED that:

1. Safeguard's motion to dismiss (ECF No. 41) is **DENIED**;

2. Bank of America's motion to dismiss (ECF No. 44) is **DENIED**; and

3. counsel will be contacted to schedule further proceedings in this case.

July 18, 2019
Date

_____
Catherine C. Blake
United States District Judge