**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

NATIONAL FAIR                  *
HOUSING ALLIANCE, *et al.*,
                                *

            Plaintiffs,

v.                                *   Civil Action No. 1:18-cv-01919-CCB

BANK OF AMERICA, N.A., *et al.*,     *

            Defendants.           *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**JOINT REQUEST FOR**
**CASE MANAGEMENT AND SCHEDULING CONFERENCE**

Plaintiffs National Fair Housing Alliance, *et al.* ("Plaintiffs"), Defendant Bank of America, N.A. ("Bank of America" or the "Bank"), and Defendant Safeguard Properties Management, LLC ("Safeguard") (collectively, the "Parties"), through respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 802, hereby respectfully request a Case Management and Scheduling Conference in order for the Parties to expeditiously and efficiently conduct discovery in the above-captioned matter.  The Parties are available for an in-person Conference the week of September 30, 2019, through October 4, 2019.  The Parties will meet and confer on a workable schedule and will endeavor to submit a joint proposed Case Management and Scheduling Order prior to the Conference with the Court.

WHEREFORE, Plaintiffs National Fair Housing, *et al.*, Defendant Bank of America, N.A. and Defendant Safeguard Properties Management, LLC respectfully request that the Court enter an Order scheduling an in-person Case Management and Scheduling Conference in the instant matter.

*[signatures on following page]*

1

Dated: August 29, 2019                Respectfully Submitted,

*/s/ Ava E. Lias-Booker*
Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202
Phone: 410-659-4430
Fax: 410-659-4599
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

*/s/ Anthony Michael Alexis, Sr.\**
Anthony Michael Alexis, Sr. (pro hac vice)
Brooks Brown (pro hac vice)
Keith Eric Levenberg (Fed. Bar No. 11957)
Thomas M. Hefferon (Fed. Bar No. 15109)
**GOODWIN PROCTOR LLP**
901 New York Ave., NW
Washington, DC 20001
Phone: 202-346-4000
Fax: 202-346-4444
aalexis@goodwinlaw.com
bbrown@goodwinlaw.com
klevenberg@goodwinlaw.com

***Counsel for Defendant***
***Bank of America, N.A.***

*\*Signed with permission by*
*Ava E. Lias-Booker*

*/s/ Maryan Alexander\**
Maryan Alexander (Fed. Bar No. 29158)
**WILSON ELSER MOSKOWITZ &**
**DICKER LLP**
500 East Pratt Street, Suite 600
Baltimore, Maryland
Phone: 410-962-7385
Fax: 410-962-8758
maryan.alexander@wilsonelser.com

*/s/ David M. Holmes\**

David M. Holmes *(pro hac vice)*
Jacob Graham *(pro hac vice)*
**WILSON ELSER MOSKOWITZ &
DICKER LLP**
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Phone: 312-821-6119
Fax: 312-704-1522
david.holmes@wilsonelser.com

***Counsel for Defendant
Safeguard Properties Management, LLC***

*\*Signed with permission by
Ava E. Lias-Booker*

*/s/ Andrew David Freeman\**

Andrew David Freeman (Fed. Bar No. 03867)
Jean Mary Zachariasiewicz (Fed. Bar No. 19734)
**BROWN, GOLDSTEIN AND LEVY LLP**
120 E Baltimore Street, Ste.1700
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
adf@browngold.com
jmz@browngold.com

***Counsel for Plaintiffs***

*/s/ Morgan Williams\**

Morgan Williams *(pro hac vice)*
**NATIONAL FAIR HOUSING ALLIANCE**
1331 Pennsylvania Avenue NW, Ste. 650
Washington, DC 20004
Phone: 202-898-1661
mwilliams@nationalfairhousing.org

***Counsel for Plaintiffs***

*\*Signed with permission by
Ava E. Lias-Booker*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, a copy of the foregoing was filed and served via CM/ECF on all counsel of record.


*/s/ Melissa O. Martinez*
Melissa O. Martinez