IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br> *Defendants*. | Case No.: 1:18-CV-1919 |

**BANK OF AMERICA, N.A.'S REQUEST FOR HEARING ON ITS
MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS BY NFHA AND THE
<u>OTHER ORGANIZATIONAL PLAINTIFFS' CLAIMS</u>**

Defendant Bank of America, N.A. ("Bank of America"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105.6, respectfully requests a hearing on its Motion for Summary Judgment on the Claims by NFHA and the other Organizational Plaintiffs.

WHEREFORE, Bank of America respectfully requests that the Court set a hearing on its Motion for Summary Judgment on the Claims by NFHA and the other Organizational Plaintiffs.

Respectfully submitted this 13th day of May, 2022,

*/s/ Ava E. Lias-Booker*
Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202
Phone: 410-659-4430
Fax: 410-659-4599
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

Thomas M. Hefferon (Fed. Bar No. 15109)
Brooks Brown *(pro hac vice)*
Anthony Michael Alexis, Sr. *(pro hac vice)*
Keith Levenberg (Fed. Bar No. 11957)
**GOODWIN PROCTER LLP**
1900 N St., N.W.
Washington, D.C. 20001
Phone: 202-346-4000
Fax: 202-346-4444
thefferon@goodwinlaw.com
aalexis@goodwinlaw.com
bbrown@goodwinlaw.com
klevenberg@goodwinlaw.com

***Counsel for Defendant
Bank of America, N.A.***