**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>    Defendants. | Case No.: 1:18-CV-1919 |

**RULE 105.5 APPENDIX OF EXHIBITS TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF THE NATIONAL FAIR HOUSING ALLIANCE AND THE OTHER ORGANIZATIONAL PLAINTIFFS**

| Number | Exhibit |
|---|---|
| Ex. 1 | *NFHA, et al v. U.S. Bank, N.A*., No. 01-12-0283-8 (HUD Jan. 8, 2016) |
| Ex. 2 | Expert Report of David M. Skanderson, Ph.D., dated November 5, 2021 (filed under seal) |
| Ex. 3 | Expert Report of Professor Justin McCrary, Ph.D., dated November 5, 2021 (filed under seal) |
| Ex. 4 | Expert Report of Vincent Yao, Ph.D., dated November 5, 2021 (filed under seal) |
| Ex. 5 | Expert Report of Marcel A. Bryar, dated November 5, 2021 (filed under seal) |
| Ex. 6 | Plaintiffs' purported Expert Report of Michael D. Fetters, M.D., M.P.H., M.A., dated January 7, 2022 |
| Ex. 7 | Plaintiffs' purported Expert Report of Pamela A. Kisch, dated January 7, 2022 |
| Ex. 8 | Plaintiffs' purported Expert Report of Deavay Tyler, dated January 7, 2022 (filed under seal) |
| Ex. 9 | Plaintiffs' purported Expert Report of Jacob S. Rugh, Ph.D., dated January 14, 2022 (filed under seal) |

| | |
|---|---|
| Ex. 10 | Revised version of Plaintiffs' purported Expert Report of Jacob S. Rugh, Ph.D., dated February 14, 2022 (filed under seal) |
| Ex. 11 | Supplemental Expert Report of David M. Skanderson, Ph.D., dated February 14, 2022 (filed under seal) |
| Ex. 12 | Supplemental Expert Report of Professor Justin McCrary, Ph.D., dated February 14, 2022 (filed under seal) |
| Ex. 13 | Expert Reply Report of Vincent Yao, Ph.D., dated February 14, 2022 (filed under seal) |
| Ex. 14 | Supplemental Expert Report of Jacob S. Rugh, Ph.D., dated March 4, 2022 (filed under seal) |
| Ex. 15 | PLAINTIFFS 074589 (filed under seal) |
| Ex. 16 | PLAINTIFFS 001764; PLAINTIFFS 002222; PLAINTIFFS 003464; PLAINTIFFS 004004; PLAINTIFFS 008497; PLAINTIFFS 010533; PLAINTIFFS 011231; PLAINTIFFS 011292; PLAINTIFFS 011822; PLAINTIFFS 015662; PLAINTIFFS 016067; PLAINTIFFS 018940; PLAINTIFFS 019290; PLAINTIFFS 019300; PLAINTIFFS 019377; PLAINTIFFS 020182; PLAINTIFFS 020218; PLAINTIFFS 026081; PLAINTIFFS 026505; PLAINTIFFS 030576; PLAINTIFFS 030582; PLAINTIFFS 031601; PLAINTIFFS 056304 |
| Ex. 17 | Excerpts of the deposition of Lindsay Augustine, taken on September 28, 2021 |
| Ex. 18 | Excerpts of the deposition of Lisa Marie Govoni, taken on January 12, 2022 |
| Ex. 19 | Excerpts of the deposition of Michael Greenbaum, taken on July 26, 2021 |
| Ex. 20 | Excerpts of the deposition of Pamela Kisch, taken on March 11, 2022 (filed under seal) |
| Ex. 21 | Excerpts of the deposition of Sergio Montelongo Jr., taken on November 4, 2021 |
| Ex. 22 | Excerpts of the deposition of Andrew Priesmeyer, taken on December 3, 2021 |
| Ex. 23 | Excerpts of the deposition of Jacob Rugh, taken on March 30, 2022, AM session |
| Ex. 24 | Excerpts of the deposition of Rachel Scalise, taken on September 8, 2021 |
| Ex. 25 | Excerpts of the deposition of Brandon Silvey, taken on August, 11, 2021 |
| Ex. 26 | Excerpts of the deposition of Brandon Silvey, taken on November 17, 2021 |
| Ex. 27 | Excerpts of the deposition of Deavay Tyler, taken on March 14, 2022 |

| | |
|---|---|
| Ex. 28 | Complaint, *Nat'l Fair Housing Alliance et al. v. Bank of Am. Corp.*, filed with the U.S. Department of Housing & Urban Development, dated September 25, 2012 (filed under seal) |
| Ex. 29 | HUD Mortgagee Letter 2016-02, dated February 5, 2016 |
| Ex. 30 | Plaintiffs' Answers to Bank of America, N.A.'s First Set of Interrogatories to Plaintiffs, dated January 17, 2020 |
| Ex. 31 | Plaintiffs' Amended and Supplemental Answers to Bank of America, N.A.'s First Set of Interrogatories to Plaintiffs, dated July 24, 2020 |
| Ex. 32 | Plaintiffs' Answers to Defendant Bank of America, N.A.'s Third Set of Interrogatories to Plaintiffs, dated January 19, 2022 |
| Ex. 33 | Plaintiffs' Supplemental Answers to Defendant Bank of America, N.A.'s Third Set of Interrogatories to Plaintiffs, dated March 25, 2022 |
| Ex. 34 | Letter from Jean Zachariasiewicz to Keith Levenberg, dated August 19, 2020 |
| Ex. 35 | Email from Jean Zachariasiewicz to Keith Levenberg, dated June 29, 2021 |
| Ex. 36 | BANA-NFHA-LIT_0003304 |
| Ex. 37 | BANA-NFHA-LIT_0009893 (filed under seal) |
| Ex. 38 | BANA-NFHA-LIT_0011659 (filed under seal) |
| Ex. 39 | BANA-NFHA-LIT_0023001 (filed under seal) |
| Ex. 40 | BANA-NFHA-LIT_0030053 (filed under seal) |
| Ex. 41 | BANA-NFHA-LIT_0073835 (filed under seal) |
| Ex. 42 | BANA-NFHA-LIT_0290084 (filed under seal) |
| Ex. 43 | BANA-NFHA-LIT_0316120 (filed under seal) |
| Ex. 44 | BANA-NFHA-LIT_0316892 (filed under seal) |
| Ex. 45 | BANA-NFHA-LIT_0322599 (filed under seal) |
| Ex. 46 | BANA-NFHA-LIT_0322600 (filed under seal) |
| Ex. 47 | CFHC 000060 (filed under seal) |
| Ex. 48 | NFHA 005108 (filed under seal) |

| | |
|---|---|
| Ex. 49 | NTFHC 000148 (filed under seal) |
| Ex. 50 | PLAINTIFFS 073312 (filed under seal) |
| Ex. 51 | PLAINTIFFS 073313 (filed under seal) |
| Ex. 52 | PLAINTIFFS 073314 (filed under seal) |
| Ex. 53 | S4500 (filed under seal) |
| Ex. 54 | SG00185860 (filed under seal) |
| Ex. 55 | SG00191212 (filed under seal) |
| Ex. 56 | SG00348897 (filed under seal) |
| Ex. 57 | SG00504647 (filed under seal) |
| Ex. 58 | National Fair Housing Alliance, "Here Comes The Bank: There Goes Our Neighborhood" (Apr. 11, 2011) |
| Ex. 59 | BANA-NFHA-LIT_0084209 (filed under seal) |
| Ex. 60 | Declaration of Amy Bernal (filed under seal) |