IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>    *Defendants*. | Case No.: 1:18-CV-1919 |

### DEFENDANT'S NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Exhibit 8, which is an attachment to Defendant Bank of America, N.A.'s Motion for Summary Judgment will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

*Melissa O. Martinez*
Melissa O. Martinez (Fed Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202
Phone: 410-659-4432
Fax: 410-659-4482
mmartinez@mcguirewoods.com

*Counsel for Defendant Bank of America, N.A.*