# Exhibit 16



PLAINTIFFS 001764



09.26.2014  12:00

PLAINTIFFS 002222



12.07.2011 10.07

PLAINTIFFS 003464



11.18.2011 09:38

PLAINTIFFS 004004



PLAINTIFFS 008497



04/22/2016  12:40

PLAINTIFFS 010533



05/17/2016

PLAINTIFFS 011231



05/19/2016 12:17

PLAINTIFFS 011292



05/18/2016

PLAINTIFFS 011822



02/15/2017 12:42

PLAINTIFFS 015662



06/23/2017 16:43

PLAINTIFFS 016067



11/21/2017 11:59

PLAINTIFFS 018940



PLAINTIFFS 019290



01.26.2012

PLAINTIFFS 019300



01.26.2012

PLAINTIFFS 019377



PLAINTIFFS 020182



PLAINTIFFS 020218



PLAINTIFFS 026081



PLAINTIFFS 026505



PLAINTIFFS 030576



07.14.2011

PLAINTIFFS 030582



08.03.2011



PLAINTIFFS 056304