IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRTICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-CV-1919 |
| v. | ) ) ) | |
| BANK OF AMERICA NATIONAL ASSOCIATION, et al. | ) ) ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS TO SAFEGUARD'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

All "Ex." Citations in Safeguard Properties Management, LLC's Memorandum in Support of its Motion for Summary Judgment refer to the exhibits referenced below.

| Number | Exhibit |
|---|---|
| Ex. 1 | *NFHA, et al v. U.S. Bank, N.A.*, No. 01-12-0283-8 (HUD Jan. 8, 2016) |
| Ex. 2 | Report of Safeguard Expert Marcel Bryar |
| Ex. 3 | Supplemental Report of Safeguard Expert Marcel Bryar |
| Ex. 4 | Report of Bank of America Expert Professor Justin McCrary |
| Ex. 5 | Supplemental Report of Bank of America Expert Professor Justin McCrary |
| Ex. 6 | Report of Bank of America Expert David Skanderson |
| Ex. 7 | Supplemental Report of Bank of America Expert David Skanderson |
| Ex. 8 | Excerpts of the Transcript of the Deposition of Milwaukee Inspector Rachel Scalise |
| Ex. 9 | Excerpts of the Transcript of the Deposition of Lindsay Augustine of NFHA |

| Ex. 10 | Chart Comprising Exhibit 3 of Report of Plaintiffs' Expert Deavay Tyler |
| --- | --- |
| Ex. 11 | Excerpts of the Transcript of the Deposition of Plaintiffs' Expert Deavay Tyler |
| Ex. 12 | Declaration of Safeguard Chief Operating Officer Michael Greenbaum |
| Ex. 13 | Excerpts of the Transcript of the Deposition of Michael Greenbaum |
| Ex. 14 | Excerpts of the Transcript of the Deposition of Plaintiffs' Expert Jacob Rugh |
| Ex. 15 | Excerpts of the Transcript of the Deposition of Sergio Montelongo, Jr. |
| Ex. 16 | REO Evaluation |
| Ex. 17 | Work Order for Door |
| Ex. 18 | Work Report Regarding Grass Cutting |
| Ex. 19 | Revised Report of Plaintiffs' Expert Jacob Rugh |
| Ex. 20 | Declaration of David Holmes |
| Ex. 21 | Excerpts of the Transcript of the Deposition of Safeguard Chief Financial Officer Joe Iafigliola |
| Ex. 22 | Plaintiff's Answers to BANA's 3rd Interrogatories |
| Ex. 23 | Supplemental Revised Report of Plaintiffs' Expert Jacob Rugh |

269972166v.1