IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRTICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:18-CV-1919 |
| v. | ) ) | |
| BANK OF AMERICA NATIONAL ASSOCIATION, et al. | ) ) ) | |
| Defendants. | ) | |

### SAFEGUARD'S NOTICE OF FILING OF DOCUMENTS UNDER SEAL

Exhibit 3, which is an attachment to Defendant Safeguard Properties Management, LLC's Memorandum in Support of its Motion for Summary Judgment will be electronically filed under seal within 24 hours of the filing of this Notice. I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

>   */s/Maryan Alexander*
>   Maryan Alexander (Fed. Bar No. 29158)
>   WILSON, ELSER, MOSKOWITZ,
>   EDELMAN & DICKER LLP
>   500 East Pratt Street, Suite 600
>   Baltimore, MD 21202-3173
>   Tel: 410.962.7385
>   Fax: 410.962.8758
>   Maryan.Alexander@wilsonelser.com
>   *Counsel for Safeguard Properties*
>   *Management, LLC*

1