IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL FAIR HOUSING ALLIANCE, et al.
　　Plaintiff,

v.

BANK OF AMERICA, N.A. et al.
　　Defendant.

*
*
*
*
*

Case No. CCB-18-1919

### NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]　Exhibit __37__ which is an attachment to __Plaintiffs' Opposition to Defendants' Motions for Summary Judgment__ will be filed electronically filed under seal within 24 hours of the filing of this Notice.

[ ]　_____
(title of document)
will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by __electronic mail to all counsel of record__.

July 15, 2022
Date

/s/ Jessica P. Weber
Signature

Jessica P. Weber, Fed. Bar No. 17893
Printed Name and Bar Number

120 E. Baltimore St., Ste. 2500
Baltimore, MD 21202
Address

jweber@browngold.com
Email Address

(410) 962-1030
Telephone Number

(410) 385-0869
Fax Number