IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br>  *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br>  *Defendants*. | Case No.: 1:18-CV-1919 |

**DEFENDANT BANK OF AMERICA, N.A.'S**
**NOTICE OF FILING OF DOCUMENTS UNDER SEAL**

Exhibit 92, which is an attachment to Reply Memorandum of Law in Support of its Motion for Summary Judgment on the Claims by the National Fair Housing Alliance and the Other Organizational Plaintiffs' Claims will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

[*signatures on following page*]

Respectfully submitted this 12th day of September, 2022,

/s/ *Ava E. Lias-Booker*
Ava E. Lias-Booker (No. 05022)
Melissa Martinez (No. 28975)
MCGUIRE WOODS LLP
500 E. Pratt St., Ste. 1000
Baltimore, Md. 21202
Tel.: (410) 659-4430
Fax: (410) 659-4558
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

/s/ *Thomas M. Hefferon*
Thomas M. Hefferon (No. 15109)
Brooks R. Brown (*pro hac vice*)
Anthony M. Alexis (*pro hac vice*)
Keith Levenberg (No. 11957)
GOODWIN PROCTER LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Tel.: (202) 346-4248
Fax: (202) 346-4444
thefferon@goodwinlaw.com
bbrown@goodwinlaw.com
aalexis@goodwinlaw.com
klevenberg@goodwinlaw.com

*Counsel for Defendant Bank of America, N.A.*