# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al., <br><br> v. <br><br> BANK OF AMERICA, N.A., et al. | Civil Action No. SAG-18-1919 |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 24th day of March, 2023, ORDERED that the defendants' motions for summary judgment, ECFs 166 and 167, are DENIED, and the plaintiffs' motion for leave to file a surreply, ECF 217, is likewise DENIED.

_____/s/_____
Stephanie A. Gallagher
United States District Judge