# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br> *Defendants*. | Case No.: 1:18-CV-1919 |

# ORDER

UPON CONSIDERATION of Defendants' Motion for Summary Judgment on Available Remedies (the "Motion"), any oppositions and replies thereto, and for good cause shown, it is this _____ day of _____, 2024, hereby:

**ORDERED,** that the Motion is **GRANTED**; and it is further

**ORDERED**, that summary judgment shall be entered in favor of Defendants, in whole or in part, on Plaintiffs' claims for various remedies, including monetary damages and injunctive relief.

_____
Hon. Stephanie A. Gallagher
United States District Judge

cc:  All Counsel of Record