**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, | |
| *Plaintiffs*, | Case No.: 1:18-CV-1919 |
| v. | |
| BANK OF AMERICA, N.A., *et al.*, | |
| *Defendants*. | |

<u>**DEFENDANTS' NOTICE OF FILING OF DOCUMENT UNDER SEAL**</u>

Exhibit 30, which is an attachment to Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment on Burden-Shifting Frameworks will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

*[signatures on following page]*

Dated: August 28, 2024                              Respectfully submitted,


*/s/ Ava E. Lias-Booker*                             */s/ Thomas M. Hefferon*
Ava E. Lias-Booker (No. 05022)                       Thomas M. Hefferon (No. 15109)
Melissa Martinez (No. 28975)                         Brooks R. Brown (*pro hac vice*)
**MCGUIREWOODS LLP**                                 Keith Levenberg (No. 11957)
500 E. Pratt St., Ste. 1000                          **GOODWIN PROCTER LLP**
Baltimore, Md. 21202                                 1900 N St. N.W.
Tel.: (410) 659-4430                                 Washington, D.C. 20036
Fax: (410) 659-4558                                  Tel.: (202) 346-4248
alias-booker@mcguirewoods.com                        Fax: (202) 346-4444
mmartinez@mcguirewoods.com                           thefferon@goodwinlaw.com
                                                     bbrown@goodwinlaw.com
                                                     klevenberg@goodwinlaw.com

**Counsel for Defendant Bank of America, N.A.**

*/s/ Maryan Alexander*                               */s/ Celena R. Mayo*
Maryan Alexander (No. 29158)                         Celena R. Mayo (*pro hac vice*)
**WILSON, ELSER, MOSKOWITZ, EDELMAN &**              **WILSON, ELSER, MOSKOWITZ, EDELMAN &**
**DICKER LLP**                                       **DICKER LLP**
500 E. Pratt St., Ste. 600                           55 W. Monroe
Baltimore, Md. 21202-3173                            Chicago, Ill. 60603
Tel.: (410) 962-7385                                 Tel.: (312) 704-0550
Fax: (410) 962-8758                                  Fax: (312) 704-1522
maryan.alexander@wilsonelser.com                     celena.mayo@wilsonelser.com

**Counsel for Defendant Safeguard Properties Management, LLC**