**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br>     *Plaintiffs*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br>     *Defendants*. | Case No.: 1:18-CV-01919-SAG |

## <u>ORDER</u>

IN CONSIDERATION of Defendants' Motion to Seal Documents Related to its Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment on Burden-Shifting Frameworks ("Motion to Seal"), and there being good cause, it is this _____ day of _____, 2024 hereby:

    **ORDERED** that the Motion to Seal is hereby **GRANTED**; and it is further

    **ORDERED** that Defendants' unredacted Memorandum of Law in Opposition to Plaintiffs' Motion for Partial Summary Judgment and in Support of Defendants' Cross-Motion for Summary Judgment on Burden-Shifting Frameworks, and Exhibits 3-23, 26, 28-31, 33-37, 39, 41, 43, 46-47, 49, 51, 53-57, 59-80, 83-97, shall be **SEALED**.

_____
Hon. Stephanie A. Gallagher
United States District Judge

cc:  All Counsel of Record