# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

NATIONAL FAIR                                    *
HOUSING ALLIANCE, *et al.*,
                                                 *

       Plaintiffs,
v.                                               *   Civil Action No. SAG-18-1919

BANK OF AMERICA, N.A., *et al.*,                 *

       Defendants.                     *

  *    *    *    *    *    *    *    *    *    *    *    *    *

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction and Plaintiffs' Opposition thereto, it is this _____ day of _____, 20____ hereby:

ORDERED that Defendants' Motion is DENIED.

_____
Hon. Stephanie A. Gallagher
United States District Judge