IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br>*Plaintiffs*, <br><br>v. <br><br>BANK OF AMERICA, N.A., *et al.*, <br><br>*Defendants*. | Civil Action No. SAG-18-1919 |

### DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE

Defendants Bank of America, N.A. and Safeguard Properties Management, LLC (together, "Defendants"), by and through undersigned counsel, and with the consent of counsel for National Fair Housing Alliance and the other Organizational Plaintiffs ("Plaintiffs"), hereby respectfully move this Court to extend the deadline for Defendants to file their Reply in Support of Their Motion to Dismiss for Lack of Subject-Matter Jurisdiction ("Motion to Dismiss"), and in support state:

1. On January 22, 2025, the Court entered an order extending the deadlines for briefing of Defendants' Motion to Dismiss. (ECF 346).

2. The current deadline for Defendants to file their Reply in Support of the Motion to Dismiss ("Reply") is due on March 12, 2025. *Id.*

3. Due to scheduling conflicts of Defendants' counsel, Defendants request a brief extension of time through and including March 18, 2025 to file their Reply.

4. Plaintiffs consent to this request.

5. This Motion is made in good faith and not for any improper purpose.

6.  This extension will not prejudice either party and will serve the interest of judicial economy.

WHEREFORE, for the reasons set forth above, Defendants Bank of America, N.A. and Safeguard Properties Management, LLC, with the consent of Plaintiffs, respectfully request an extension of time through and including March 18, 2025 to file their Reply in Support of Their Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

Dated: March 7, 2025

Respectfully submitted,

/s/ *Ava E. Lias-Booker*
Ava E. Lias-Booker (No. 05022)
Melissa Martinez (No. 28975)
MCGUIRE WOODS LLP
500 E. Pratt St., Ste. 1000
Baltimore, Md. 21202
Tel.: (410) 659-4430
Fax: (410) 659-4558
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

/s/ *Thomas M. Hefferon*
Thomas M. Hefferon (No. 15109)
Brooks R. Brown (*pro hac vice*)
Keith Levenberg (No. 11957)
GOODWIN PROCTER LLP
1900 N St. N.W.
Washington, D.C. 20036
Tel.: (202) 346-4248
Fax: (202) 346-4444
thefferon@goodwinlaw.com
bbrown@goodwinlaw.com
klevenberg@goodwinlaw.com

*Counsel for Defendant Bank of America, N.A.*

/s/ *Maryan Alexander*
Maryan Alexander (No. 29158)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
500 E. Pratt St., Ste. 600
Baltimore, Md. 21202-3173
Tel.: (410) 962-7385
Fax: (410) 962-8758
Maryan.alexander@wilsonelser.com

/s/ *Celena R. Mayo*
Celena R. Mayo (*pro hac vice*)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 E. 42nd St.
New York, N.Y. 10017
Tel.: (212) 490-3000
Fax: (212) 490-3038
celena.mayo@wilsonelser.com

*Counsel for Defendant Safeguard Properties Management, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2025, a copy of Defendants' Consent Motion to Extend Deadline, and Proposed Order was filed and served via the CM/ECF system on all counsel of record.

/s/ *Melissa O. Martinez*
Melissa O. Martinez