# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANK OF AMERICA, N.A., *et al.*,<br><br>*Defendants*. | Case No.: 1:18-CV-1919-SAG |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' Consent Motion to Extend Deadline (the "Consent Motion"), and for good cause, it is this _____ day of _____, 2025, hereby:

**ORDERED** that the Consent Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for Defendants to file their Reply in Support of Their Motion to Dismiss for Lack of Subject-Matter Jurisdiction shall be extended through and including March 18, 2025.

_____
Hon. Stephanie A. Gallagher
United States District Judge

cc:     All Counsel of Record