# EXHIBIT 1

FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 18 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ARIZONA ALLIANCE FOR RETIRED
AMERICANS; VOTO LATINO;
PRIORITIES USA,

                Plaintiffs-Appellees,

 v.

KRISTIN K. MAYES, in his official
capacity as Attorney General for the State of
Arizona,

                Defendant-Appellant,

YUMA COUNTY REPUBLICAN
COMMITTEE,

      Intervenor-Defendant-
      Appellant,

 and

KATIE HOBBS, in her official capacity as
Secretary of State for the State of Arizona;
LARRY NOBLE, Nominal Defendant, in his
official capacity as Apache County Recorder;
DAVID STEVENS, Nominal Defendant, in
his official capacity as Cochise County
Recorder, previously named as David
Stephens; PATTY HANSEN, Nominal
Defendant, in her official capacity as
Coconino County Recorder; SADIE JO
BINGHAM, Nominal Defendant, in her

No.    22-16490

D.C. No. 2:22-cv-01374-GMS
District of Arizona,
Phoenix

ORDER

official capacity as Gila County Recorder;
WENDY JOHN, Nominal Defendant, in her
official capacity as Graham County
Recorder; SHARIE MILHEIRO, Nominal
Defendant, in her official capacity as
Greenlee County Recorder; RICHARD
GARCIA, Nominal Defendant, in his official
capacity as La Paz County Recorder;
STEPHEN RICHER, Nominal Defendant, in
his official capacity as Maricopa County
Recorder; KRISTI BLAIR, Nominal
Defendant, in her official capacity as
Mohave County Recorder; MICHAEL
SAMPLE, Nominal Defendant, in his official
capacity as Navajo County Recorder;
GABRIELLA CAZARES-KELLY, Nominal
Defendant, in her official capacity as Pima
County Recorder; DANA LEWIS, Nominal
Defendant, in her official capacity as Pinal
County Recorder; SUZANNE SAINZ,
Nominal Defendant, in her official capacity
as Santa Cruz County Recorder; MICHELLE
BURCHILL, Nominal Defendant, in her
official capacity as Yavapai County
Recorder; RICHARD COLWELL, Nominal
Defendant, in his official capacity as Yuma
County Recorder,

　　　　　　　　　　Defendants.

**MURGUIA**, Chief Judge:

　　　　Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c)

and Circuit Rule 40-3.  The three-judge panel opinion is vacated.