IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, | * |
| | * |
| Plaintiffs, | |
| v. | * Civil Action No. SAG-18-1919 |
| BANK OF AMERICA, N.A., *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Reconsideration of the Court's May 21, 2025 Order, it is this _____ day of _____ , 2025 hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Court's May 21, 2025 Order is VACATED; and it is further

**ORDERED** that the Court will construe Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction as a facial challenge to Plaintiffs' standing and will not consider evidence outside the Complaint in ruling on Defendants' Motion.

_____
Hon. Stephanie A. Gallagher
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, | * |
| | * |
| Plaintiffs, | |
| v. | *   Civil Action No. SAG-18-1919 |
| BANK OF AMERICA, N.A., *et al.*, | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motion for Reconsideration of the Court's May 21, 2025 Order, it is this _____ day of _____, 2025 hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that because the Court considers Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction a factual challenge to Plaintiffs' standing, the Court's May 21, 2025 Order is REVISED to permit Plaintiffs to submit evidence in support of their standing; and it is further

**ORDERED** that Plaintiffs shall submit additional evidence in support of their standing by August 1, 2025.

_____
Hon. Stephanie A. Gallagher
United States District Judge