IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al*. | Civil Action No. SAG-18-1919 |

# **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 21st day of July, 2025, ORDERED that:

(1) Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF 343, is GRANTED, and the FHA claims for damages brought by the Organizational Plaintiffs are dismissed;

(2) Plaintiffs' Motion to Exclude Defendants' Proposed Experts, ECF 310, is DENIED AS MOOT;

(3) Defendants' Motion to Exclude Plaintiffs' Experts, ECF 314, is GRANTED IN PART AND DENIED IN PART as to Joanne Poole, and DENIED AS MOOT as to the remaining experts;

(4) Plaintiffs' Motion for Partial Summary Judgment on Step Two of the Disparate-Impact Framework, ECF 285, 287, is DENIED;

(5) Defendants' Cross-Motion for Summary Judgment on Burden-Shifting Frameworks, ECF 299, is GRANTED;

(6) Defendants' Motion for Summary Judgment on Available Remedies, ECF 288, is DENIED AS MOOT; and

(7) Plaintiffs' Motion for Reconsideration, ECF 374, is DENIED AS MOOT.

/s/
Stephanie A. Gallagher
United States District Judge