IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.* | Civil Action No. SAG-18-1919 |

### **ORDER**

For the reasons stated during today's teleconference, it is this 28th day of July, 2025, ORDERED that:

(1) the parties should confer with their clients and one another and advise in a joint filing, on or before August 11, 2025, of their respective positions with respect to a possible interlocutory appeal of the issues recently decided by this Court. The filing should specify what rule or statute any party believes might justify an interlocutory appeal at this stage; and

(2) prior to filing any motion for leave to amend the complaint, Plaintiffs must submit the draft motion to Defendants and confer regarding whether the filing of such motion will trigger a request for Rule 11 sanctions, in light of the present posture of this case.

/s/
Stephanie A. Gallagher
United States District Judge