IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br> Defendants. | Civil Action No. SAG-18-1919 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Leave to File their First Amended Complaint and any opposition thereto, it is this ____ day of _____, 2025, hereby ORDERED that:

1. The Motion is GRANTED; and

2. Plaintiffs' First Amended Complaint attached as Exhibit A to the Motion is deemed filed as of this date.

_____
Hon. Stephanie A. Gallagher
United States District Judge