IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

NATIONAL FAIR HOUSING
ALLIANCE, *et al.*,

    *Plaintiffs*,

v.

BANK OF AMERICA, N.A., *et al.*,

    *Defendants*.

Case No. 1:18-CV-1919-SAG

**ORDER**

UPON CONSIDERATION of the Joint Motion to Extend Filing Deadlines (the "Joint Motion"), and for good cause, it is this 27th day of August, 2025, hereby:

**ORDERED,** that the Joint Motion is **GRANTED**; and it is further

**ORDERED**, that the filing deadline for Defendants' response to Plaintiffs' Motion for Leave to File First Amended Complaint, ECF 388, shall be extended, up to and including September 11, 2025; and it is further

**ORDERED**, that the filing deadline for Plaintiffs' reply in support of their Motion for Leave to File First Amended Complaint shall be extended, up to and including October 3, 2025.

/s/
HON. STEPHANIE A. GALLAGHER
United States District Judge

cc: All Counsel of Record