IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al*. | Civil Action No. SAG-18-1919 |

## ORDER OF JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED:

(1) Plaintiffs' Motion for Leave to File First Amended Complaint, ECF 388, is DENIED;

(2) This Court will decline to exercise supplemental jurisdiction over the Individual Plaintiffs' state law nuisance claims;

(3) This Order, in combination with the July 21, 2025 order at ECF 381, constitutes a final judgment in favor of Defendants as to all Plaintiffs' federal discrimination claims; and

(4) The Clerk shall CLOSE this case.

Date: October 16, 2025

_____/s/_____
Stephanie A. Gallagher
United States District Judge