IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., *et al.*, <br><br> Defendants. | Civil Action No. SAG-18-1919 |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on July 21, 2025 (ECF No. 381), granting Defendants' Motion to Dismiss for Lack of Subject-Matter Jurisdiction (ECF No. 343) and Defendants' Cross-Motion for Summary Judgment on Burden-Shifting Frameworks (ECF 299), as well as from the Order of Judgment entered on October 16, 2025 (ECF No. 395), denying Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 388) and declining to exercise supplemental jurisdiction over the state law nuisance claims of individual Plaintiffs Wanda Onafuwa, Chevelle Bushnell, and Jalen Bushnell, which constitutes a final judgment.

Dated: October 30, 2025                   Respectfully submitted,

                                                   */s/ Jessica P. Weber*
                                                 Jessica P. Weber (Fed. Bar No. 17893)

Andrew D. Freeman (Fed. Bar No. 03867)
Monica R. Basche (Fed. Bar No. 20476)
Lauren A. DiMartino (Fed. Bar No. 22046)
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 2500
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
jweber@browngold.com
adf@browngold.com
mbasche@browngold.com
ldimartino@browngold.com

*Counsel for Plaintiffs*

Janell M. Byrd-Chichester (Fed. Bar No. 16564)
Morgan Williams (*pro hac vice*)
National Fair Housing Alliance
1101 Vermont Avenue, NW, Suite 710
Washington, DC 20005
Phone: 202-898-1661
jbyrd-chichester@nationalfairhousing.org
mwilliams@nationalfairhousing.org

*Counsel for Plaintiff National Fair Housing Alliance*

2